ROBERT COLLINS, TRUSTEE, APPELLANT, v. WALTER
ALLEN, RESPONDENT.

ROBERT COLLINS, TRUSTEE, APPELLANT, v. ABRAHAM
SALTZMAN, RESPONDENT.

Argued June 28, 1917—Decided October 12, 1917.

On appeal from the Supreme Court, whose opinion is reported in 90 *N. J. L. 5.*

For the appellant, *Joseph B. Tyler.*

For the respondent, *Martin V. Bergen.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Chief Justice Gummere in the Supreme Court.

*For affirmance*—THE CHANCELLOR, SWAYZE, PARKER, BERGEN, MINTURN, KALISCH, WHITE, HEPPENHEIMER, WILLIAMS, TAYLOR, GARDNER, JJ.    11.

*For reversal*—None.